

Joe@pitcofflawgroup.com
250 Park Avenue, 7th Floor
New York, NY 10177

www.pitcofflawgroup.com
D: (917) 993-1859
O: (646) 386-0990

February 20, 2024

**VIA ELECTRONIC FILING**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

        **RE:**    **Howard v. Track and Feel Music Productions, LLC**
               **Track & Feel Music Products, LLC v. Meta Platforms, Inc.**
               **Case No. 1:23-cv-05160-PGG**

Dear Judge Gardephe:

      As Your Honor is aware, this office represents Defendants Track & Feel Music Productions, LLC a/k/a Track and Feel Music Productions, LLC, Jimmy Jones, individually, and d/b/a DataTrackAddict, and Cedric Jones (collectively "Defendants/ Third Party Plaintiffs").

      I write to address the Court a joint request to adjourn the pending initial conference set for February 22, 2024 before Judge Paul G. Gardephe (ECF Doc # 60). The Clerk has entered a certificate of default against Third Party Defendant Meta Platforms, Inc. ("Meta") (ECF Doc # 67). In view of Meta's default, the parties agree that it is practical to adjourn the initial conference to a date in April 2024. Counsel are both available for this conference on April 11, 2024 or April 25, 2024. This adjournment request is made jointly and with good cause.

      We appreciate Your Honor's attention to this matter. If Your Honor has any questions, please do not hesitate to contact us.

Respectfully submitted,

PITCOFF LAW GROUP, P.C.

/s/ *Joe DiPisa*

Joseph A. DiPisa, Esq.
*Attorneys for Defendants*
250 Park Avenue, 7th Floor
New York, NY  10016
Tel: (917) 917-993-1859
Email: Joe@pitcofflawgroup.com

cc:   All Counsel of Record (by ECF)

**MEMO ENDORSED:** Defendants/Third Party Plaintiffs will have **one week** to file any motion for a default judgment as to Meta Platforms, Inc.  The conference currently scheduled for February 22, 2024, is adjourned to **April 11, 2024, at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated:  February 21, 2024