


September 6, 2024

Leland J. Mack Jr.
E: Leland@mackesq.com

**_VIA ECF_**
The Honorable Margaret M. Garnett U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Howard v. Track & Feel Music Productions, LLC*
      *Track & Feel Music Productions, LLC v. Meta Platforms, Inc.*
      Case No. 1:23-cv-05160

Dear Judge Garnett:

    As your Honor is aware, this office represents Plaintiff Travon D. Howard ("Plaintiff") in the above-referenced matter. In accordance with section I(5) of Your Honor's Individual Practices, Local Rule 7.1 (d), I write to respectfully request that the Initial Pretrial Conference, currently scheduled for September 18, 2024, at 11:30 a.m., be adjourned to September 25, 2024, at 11:30 a.m. due to an unforeseen emergent family matter that has arisen, requiring my presence on the originally scheduled date.

    I have conferred with counsel for Defendants/Third-Party Plaintiffs, and Third-Party Defendant, and they have been notified of the scheduling conflict. All parties have jointly consented to the proposed adjournment. Additionally, counsel for all parties have agreed to and request that the Initial Conference be held virtually, via telephone.

    Please be advised that, as of the date of this letter, counsel for all parties participated in a Teams conference call in preparation for the initial conference in advance of the proposed adjourned date to ensure that the Case Management Plan and joint letter are timely submitted.

    We appreciate Your Honor's attention to this matter. If Your Honor has any questions, please do not hesitate to contact us.

The Honorable Margaret M. Garnett
September 6, 2024
Page 2

Respectfully Submitted,

**MACK LAW, PLLC**

*/s/ Leland J. Mack Jr., Esq.*
Leland J. Mack Jr.
New York Bar No. 5799952
*Attorney for Plaintiff Travon D. Howard*
305 Broadway 7th, Fl.
New York, New York 10007
Telephone: (212) 500-3290
Email: Leland@mackesq.com

Cc: All Counsel of Record (via ECF)

---

Request GRANTED IN PART. The Initial Pretrial Conference, which was previously scheduled for September 18, 2024, will now be held on **Wednesday, October 2, 2024, at 4:00 p.m.** The conference will continue to be held in person. The deadline for the parties to file a joint letter and proposed Civil Case Management Plan, as described in the Order at Dkt. No. 103, is likewise adjourned to **September 25, 2024**.

Additionally, having reviewed the letters at Dkt. Nos. 105 and 107, the time for Third-Party Defendants Meta Platforms, Inc. to file an answer or otherwise respond to the Third-Party Complaint is STAYED until the Initial Pretrial Conference; the parties should be prepared to discuss a briefing schedule during the conference.

The Clerk of Court is directed to terminate Dkt. No. 106.

SO ORDERED.  Date 9/9/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE