

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024

Joe@pitcofflawgroup.com   www.pitcofflawgroup.com
250 Park Avenue, 7th Floor   D: (917) 993-1859
New York, NY 10177   O: (646) 386-0990

December 27, 2024

**VIA ELECTRONIC FILING**

The Honorable Margaret M. Garnett, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

        **RE**: **Howard v. Track and Feel Music Productions, LLC**
              **Track & Feel Music Products, LLC v. Meta Platforms, Inc.**
              **Case No. 1:23-cv-05160**

Dear Judge Garnett:

As Your Honor is awarethis office represents the Defendants, Track & Feel Music Productions, LLC, a/k/a Track and Feel Music Productions, LLC, and Jimmy Jones, individually and d/b/a DataTrackAddict (collectively "Third Party Plaintiffs").

I am writing to file a joint motion to seal document ECF 117 regarding my letter seeking to enforce the settlement in this matter that was just filed in this matter. After the document was filed, Meta's counsel requested that it be sealed or a redacted copy be filed. While I reserve all rights concerning the propriety of this filing, I have no objection to sealing the document or withdrawing and refiling a redacted copy if the Court deems it appropriate.

I appreciate Your Honor's attention to this matter.

Respectfully submitted,

PITCOFF LAW GROUP, P.C.

*/s/ Joe DiPisa*
Joseph A. DiPisa, Esq.
*Attorneys for Defendants/Third Party Plaintiffs*
250 Park Avenue, 7th Floor
New York, NY 10016
Tel: (917) 917-993-1859
Email: Joe@pitcofflawgroup.com

cc: All Counsel of Record (by ECF)

---

Any party that wishes to seal or redact the letter at Dkt. No. 117 may do so by filing a letter-motion that is in compliance with the Court's Individual Rules & Practices at Rule I(D). The letter-motion must include the basis for the requested sealing or redaction. The Clerk of Court is directed to terminate Dkt. No. 118.

Additionally, Third-Party Defendant Meta Platforms, Inc. may respond to Third-Party Plaintiffs' letter at Dkt. No. 117 by **January 2, 2025**.

SO ORDERED. Date 12/30/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE